SEALED



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NO. 4:17-mj-1039-JG

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL APPLICATION AND |
| ) | AFFIDAVIT FOR SEARCH WARRANT |
| HERBERT LAMONT CHERRY ) | (UNDER SEAL) |
| TONY RAY REAMS ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-captioned matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a filed copy of the same be provided to the Office of the United States Attorney and the Drug Enforcement Administration.

This 27th day of March, 2017.

_____
HON. JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE